UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TODD BIGELOW,<br><br>                    Plaintiff,<br><br>  - against -<br><br>DRRICHSWIER.COM, LLC<br><br>                    Defendant. | Docket No.<br><br>JURY TRIAL DEMANDED |

**COMPLAINT**

Plaintiff Todd Bigelow ("Bigelow" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant DrRichSwier.com, LLC ("Rich Swier" or "Defendant") hereby alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of immigrants crossing the border, owned and registered by Bigelow, a professional photographer. Accordingly, Bigelow seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

**JURISDICTION AND VENUE**

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and transacts business in Florida.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Bigelow is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 24121 Welby Way, West Hills, California 91307.

6. Upon information and belief, Rich Swier is a domestic limited liability company organized and existing under the laws of the State of Florida, with a place of business at 6718 Paseo Castille, Sarasota, Florida 34238. Upon information and belief, Rich Swier is registered with the Florida State Department of Corporations to do business in Florida. At all times material hereto, Rich Swier has owned and operated a website at the URL: www.DrRichSwier.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. Bigelow photographed immigrants crossing the border (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Bigelow is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 1-964-979.

### B. Defendant's Infringing Activities

10. Rich Swier ran an article on the Website entitled *The Immigration Scandal No One Is Taking About*. Screenshots of the Photograph on the article on the Website are attached hereto as Exhibit B.

11.     Rich Swier did not license the Photograph from Plaintiff for its Website, nor did Rich Swier have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
**(17 U.S.C. §§ 106, 501)**

12.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.     Rich Swier infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Rich Swier is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Rich Swier have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Rich Swier be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Miami, Florida.
March 5, 2019

        SANACHELIMA & ASSOCIATES, P.A.
        By: /s/ Chris Sanchelima
        Chris Sanchelima
        235 SW Le Jeune Road
        Miami, Florida 33134
        Direct: 305-447-1617
        Chris@Sanchelima.com

        LIEBOWITZ LAW FIRM, PLLC

        By: /s/Richard Liebowitz
        Richard P. Liebowitz
        11 Sunrise Plaza, Suite 305
        Valley Stream, NY 11580
        Tel: (516) 233-1660
        RL@LiebowitzLawFirm.com
        (*Pro Hac Vice Forthcoming*)

        *Attorneys for Plaintiff Todd Bigelow*