# EXHIBIT B

https://drrichswier.com/category/politics/page/82/

eload this page

Dr. Rich Swier

ISSUES    POLITICS    COMMENTARY    ABOUT DR. RICH SWIER



# The Immigration Scandal No One Is Talking About

July 17, 2018

0 Commentson Courts & Law, Immigration, National Security, Policy, Politics, Social Issues by The Daily Signal

Among the least talked about scandals in Washington is how immigration officials spent

← → ↑ C ⊙ https://drrichswier.com/2018/07/17/the-immigration-scandal-no-one-is-talking-about/

*Dr. Rich Swier*

ISSUES   POLITICS   COMMENTARY   ABOUT DR. RICH SWIER   Q



# The Immigration Scandal No One Is Talking About

July 17, 2018 / in Courts & Law, Immigration, National Security, Policy, Politics, Social Issues / by The Daily Signal

Among the least talked about scandals in Washington is how immigration



## LATEST POSTS

Number of Illegal Aliens Behind Bars in U.S. Higher than Media Wants us to Believe

Military On The Border: Appropriate Response To A Crisis

Florida Gov. DeSantis Issues 1-Year Deadline to Eliminate All 'Vestiges' of Common Core

Suicidal Jews



*Dr. Rich Swier*

ISSUES | POLITICS | COMMENTARY | ABOUT DR. RICH SWIER



# The Immigration Scandal No One Is Talking About

July 17, 2018

0 Comments in Courts & Law, Immigration, National Security, Policy, Politics, Social Issues by The Daily Signal



The Immigration Scandal No One Is Talking About

https://drrichswier.com/2018/07/17/the-immigration-scandal-no-one-is-talking-about/