**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **TODD BIGELOW,** | ) |
| | ) |
| | ) **Case No. 8:19-cv-00553-VMC-CPT** |
| Plaintiff, | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **DRRICHSWIER.COM, LLC** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT DRRICHSWIER.COM, LLC'S ANSWER**
**AND AFFIRMATIVE DEFENSES**

Defendant DRRICHSWIER.COM, LLC ("DRS"), by and through its undersigned attorneys, files this its Answer and Affirmative Defenses to the Complaint filed by Plaintiff Todd Bigelow ("Plaintiff"), and in response to the corresponding numbered paragraphs of Plaintiff's Complaint states as follows:

1. In response to Paragraph 1, DRS admits that the Complaint appears to be an action arising under the Copyright Act in which Plaintiff seeks damages. DRS further states that the Complaint speaks for itself and otherwise denies the averments contained in Paragraph 1 of the Complaint and specifically denies that Plaintiff has stated any valid cause of action or is entitled to the relief sought.

2. In response to Paragraph 2, DRS admits that this Court has subject matter jurisdiction over this action. DMSI otherwise denies the averments contained in Paragraph 2 and specifically denies that Plaintiff has stated any valid cause of action or is entitled to the relief sought.

1

3. In response to Paragraph 3, DRS admits that it resides in Florida. DRS otherwise denies the averments contained in Paragraph 3 and specifically denies that Plaintiff has stated any valid cause of action or is entitled to the relief sought.

4. In response to Paragraph 4, DRS admits that venue appears to be proper in this District. DRS otherwise denies the averments contained in Paragraph 4 and specifically denies that Plaintiff has stated any valid cause of action or is entitled to the relief sought.

5. In response to Paragraph 5, DRS has insufficient knowledge and therefore denies the same.

6. In response to Paragraph 6, DRS admits that it is a Florida limited liability company with a place of business at 6718 Paseo Castille, Sarasota, Florida 34238 and that it has a website located at www.drrichswier.com. DRS otherwise denies the averments contained in Paragraph 6.

7. In response to Paragraph 7, DRS has insufficient knowledge and therefore denies the same.

8. In response to Paragraph 8, DRS has insufficient knowledge and therefore denies the same.

9. In response to Paragraph 9, DRS has insufficient knowledge and therefore denies the same.

10. DRS denies the averments contained in Paragraph 10.

11. In response to Paragraph 11, DRS admits that it has not entered into any license agreement with Plaintiff. DRS otherwise denies any remaining allegations in Paragraph 11.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12. In response to Paragraph 12, DRS repeats its responses contained in Paragraphs 1-11 above.

13. DRS denies the averments contained in Paragraph 13.

14. DRS denies the averments contained in Paragraph 14.

15. DRS denies the averments contained in Paragraph 15.

16. DRS denies the averments contained in Paragraph 16.

PRAYER FOR RELIEF

WHEREFORE, Defendant DRS requests that the Court dismiss Plaintiff's Complaint, that Plaintiff take nothing by this action, and that the Court award to DRS its reasonable attorneys' fees and costs incurred in defending this action and grant to DRS such other and further relief as the Court deems just and appropriate.

FIRST AFFIRMATIVE DEFENSE

DRS has not infringed, either directly or indirectly, any valid or enforceable copyright belonging to Plaintiff.

SECOND AFFIRMATIVE DEFENSE

Plaintiff has no valid and enforceable copyright, as the image is all over the Internet, including on social media, and is in the public domain.

THIRD AFFIRMATIVE DEFENSE

Any use of the photograph at issue by DRS was non-commercial, mere news commentary and/or fair use permitted under copyright law.

FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

FIFTH AFFIRMATIVE DEFENSE

Plaintiff's attempted enforcement of its alleged copyright is barred by laches and estoppel.

SIXTH AFFIRMATIVE DEFENSE

To the extent the photograph at issue is entitled to copyright protection, and DRS is found liable for infringement, DRS is an innocent infringer liable for minimal if any damages amount given DRS' belief that the photograph appeared online to be in the public domain and contained no copyright notice, attribution or watermark.  In addition, as soon as DRS received notice of this lawsuit, the photograph was taken down from the website, which is a non-commercial site with no revenues, and has not been re-posted.

JURY DEMAND

DRS hereby demands trial by jury on all issues.

Respectfully Submitted,

Dated: April 3, 2019

/s/ Mindi M. Richter
Douglas A. Cherry, Esquire
Florida Bar No. 0333130
dcherry@shumaker.com
Shumaker, Loop & Kendrick, LLP
240 South Pineapple Avenue
10th Floor
Sarasota, Florida 34236
Telephone: (941) 366-6660
Facsimile: (941) 366-3999

Mindi M. Richter, Esquire
Florida Bar No. 0044827
mrichter@shumaker.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard

Suite 2800
Tampa, Florida 33602
Telephone: (813) 229-7600
Facsimile: (813) 229-1660

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was electronically filed with the Court on April 3, 2019, which will provide notice to all attorneys of record.

/s/ Mindi M. Richter
Attorney