UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **TODD BIGELOW,** | ) |
| | ) |
| | ) **Case No. 8:19-cv-00553-VMC-CPT** |
| Plaintiff, | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **DRRICHSWIER.COM, LLC** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____/ | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT OF DRRICHSWIER.COM, LLC**

Defendant DRRICHSWIER.COM, LLC ("DRS"), hereby discloses the following pursuant to this Court's interested persons order:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, and publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    - Shumaker, Loop & Kendrick, LLP— counsel for Defendant
    - Douglas A. Cherry, Esq.— counsel for Defendant
    - Mindi M. Richter, Esq.— counsel for Defendant
    - Defendant DrRichSwier.com, LLC
    - Dr. Richard Swier
    - Plaintiff Todd Bigelow
    - Richard Liebowitz, Esq. – counsel for Plaintiff
    - Liebowitz Law Firm, PLLC – counsel for Plaintiff
    - Sanchelima & Associates, PA – counsel for Plaintiff

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    - None known

1

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None known

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Other than Plaintiff and his alleged claims, none known

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully Submitted,

Dated: April 16, 2019

/s/ Mindi M. Richter
Douglas A. Cherry, Esquire
Florida Bar No. 0333130
dcherry@shumaker.com
Shumaker, Loop & Kendrick, LLP
240 South Pineapple Avenue
10th Floor
Sarasota, Florida 34236
Telephone: (941) 366-6660
Facsimile: (941) 366-3999

Mindi M. Richter, Esquire
Florida Bar No. 0044827
mrichter@shumaker.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: (813) 229-7600
Facsimile: (813) 229-1660

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was electronically filed with the Court on April 16, 2019, which will provide notice to all attorneys of record.

/s/ Mindi M. Richter
Attorney