UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TODD BIGELOW<br><br>                   Plaintiff,<br><br>v.<br><br>DRRICHSWIER.COM, LLC<br><br>                   Defendant. | STIPULATION OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 8:19-cv-553-VMC-CPT |

      IT IS HEREBY STIPULATED, that a settlement has been reached and that the above action should be dismissed with prejudice with each party to bear its own costs, expenses, and attorney's fees.

/s/Christopher Sanchelima
Christopher Jay Sanchelima
Sanchelima & Associates, P.A.
235 SW Le Jeune Road
Miami, Florida 33134
Chris@Sanchelima.com
305-447-1617

*Attorneys for Plaintiff Todd Bigelow*


/s/Mindi Richter
Mindi M. Richter
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Blvd., Suite 2800
Tampa, Florida 33602
MRichter@Shumaker.com
813-229-7600

*Attorneys for Defendant*
*DrRichSwier.com, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned filed the above stipulation electronically on April 23, 2019, which will give notice to all counsel of record.

/s/Mindi Richter
Attorney